Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., Plaintiffs, v. STEPHEN ITALIANO BERRY, Individually and *dba* OCCASIONAL GLASS COMPANY, Defendant. | Case No.:  C10-2446 PJH  **REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**  Date:  November 4, 2010  Time:  2:00 p.m.  Location:  1301 Clay Street  Oakland, California  Courtroom:  3, 3rd Floor  Judge:  Honorable Phyllis J. Hamilton |
|---|---|

Plaintiffs hereby submit their Request to Vacate the Case Management Conference currently scheduled for November 4, 2010 at 2:00 p.m. in Courtroom 3.

1. Both parties agreed to a payment plan to satisfy all amounts owed from Defendant to the Trust Funds in the form of a Judgment Pursuant to Stipulation ("Stipulation"), and on July 15, 2010, Plaintiffs filed the Stipulation with this Court.

2. On July 16, 2010, this Court entered Judgment against Defendant and for Plaintiffs.

3. There is nothing for this Court to consider at this time.

/ / /

/ / /

/ / /

1      4.    Therefore, I respectfully request that the current Case Management Conference be vacated.

Date:   October 29, 2010                    SALTZMAN & JOHNSON
                                                    LAW CORPORATION

                                         By:    _____/s/_____
                                                       Blake E. Williams
                                                       Attorneys for Plaintiffs

ORDER

The Case Management Conference currently scheduled for November 4, 2010 at 2:00 p.m. is hereby vacated.  All related deadlines are vacated accordingly.

Date: 11/2/10

                                                     _____
                                                     UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

-2-
**REQUEST TO VACATE CMC**
**Case No.: C10-2446 PJH**

P:\CLIENTS\GLACL\Occasional Glass\Pleadings\C10-2446 PJH - Request to Vacate CMC 102910.DOC

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On October 29, 2010, I served the following document(s):

**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Stephen Italiano Berry, individually and *dba***
> **Occasional Glass Company**
> **3400 Balboa Street**
> **San Francisco, California 94121**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 29th day of October, 2010, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C10-2446 PJH**

P:\CLIENTS\GLACL\Occasional Glass\Pleadings\C10-2446 PJH - Request to Vacate CMC 102910.DOC